E-FILED
Wednesday, 20 January, 2021  12:34:37 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

miguel Navarro                    ,  )
                                     )
              Plaintiff               )
                                     )
        vs.                          )        Case No. ————————
Nurse MS. wade                       )        (*The case number will be assigned by the clerk*)
Leutinatent fisher                   )
————————————                         )
————————————                         )
————————————                         )        **FILED**
————————————                         )
————————————                         )        JAN 15 2021
————————————                      ,  )
                                     )        CLERK OF THE COURT
              Defendant(s)           )        U.S. DISTRICT COURT
                                              CENTRAL DISTRICT OF ILLINOIS
                                              URBANA, ILLINOIS

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☒   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☐   Unknown _____

## I.  FEDERAL JURISDICTION

————————————

***Please refer to the instructions when filling out this complaint.*** *Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Miguel Navarro

Prison Identification Number: 41030 - 379

Current address: federal correctional institution Pekin P.O Box 5000, Pekin, IL 61555

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: MS. Wade

Current Job Title: Infectious Disease Nurse

Current Work Address federal correctional institution Pekin P.O Box 5000, Pekin, IL 61555

Defendant #2:

Full Name: MS. Fisher

Current Job Title: Leutinatent

Current Work Address federal correctional institution Pekin P.O Box 5000, Pekin, IL 61555

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐        No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐      No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1.  Name of Case, Court and Docket Number

_____

2.  Basic claim made  _____

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?   Yes  ☒    No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

Yes  ☐     No  ☒

If your answer is no, explain why not  I was denied the chance by staff even though I tried to obtain such documents.

C.  Is the grievance process completed?   Yes  ☐    No  ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Federal correctional institution Pekin special housing unit.

dates  12-18-20 throughout 12-22-20

Due to my up and coming transfer I had to be moved to another range due to quarantine reasons, after being moved from one range to another range. I was placed in the cell with another inmate while in special housing unit, 12-18-20 on a friday morning me and the inmate I was placed in the cell with got tested for covid-19 that same day together. four days later 12-22-20 Nurse ms. Schumm came back to my cell wearing Protected Personal equipment and said she needed to swabb me for a covid-test due to my cellmate coming back positive which me or my cellmate had no idea anyone of us was positive. Nurse Schumm told me she thought they would have inform me (meaning) Leutinatant Fisher who was in-charge of special housing unit. or the nurse who first tested me and my cellmate, infectious disease Nurse ms. Wade. which they did not so after being tested the second time 12-22-20 I was informed that I too have now contracted the covid-19 virus. infectious disease nurse ms. wade first tested me and my cellmate 12-18-20 and fail to immeditaly me that my cellmate was infected with a deadly virus covid-19. and at that time 12-18-20 I was not infected therefore Nurse ms. wade fail to protect me from the covid-19 virus. Leutinatant Fisher is special housing unit Leutinatant in charge of movement and placing inmates in the cells in special housing unit. after Leutinatant Fisher was made aware of my cellmate being positive for the virus and I was not.

(5)

Leutingtant Fisher Should have Immediatly removed me from out that cell with a known infected inmate to another safe cell. because Leutingtant Fisher fail to do so, She also fail to proct protect me from the Covid-19 virus. Since before I was every expose to the mention virus due to the mis-handling of my health and safety by the mention Staff. Which they could have prevented but fail to protect me from the mention virus. the Pekin institution Where I am incarcerated at has been having known Covid-19 virus outbreaks now for the last past few months. it's more then a little over 1000 inmates incarcerated at the Pekin institution and until this day more then 500 to 700 inmates has contracted the Covid-19 virus. due to Staff here at Pekin mis-handling to control the spread of the Covid-19 virus to inmates and more then 26 to 30 Staff members has also contracted the Covid-19 virus. the Staff here at Pekin are incapable of protecting inmates and Staff from this deadly Covid-19 virus Which to date has infected more than 75 million and killed nearly 1.7 million people Worldwide. including over 300,000 American lives lost to the deadly Covid-19 virus. the mention Staff Should have had a better and more effective Protection Policy for us inmates here at Pekin, the Staff here at Pekin either did'nt have one, or they fail to utilize it. I was already Surrouded by Imminent danger of Serious Physical harm due to the hazor and infectious environment here at Pekin with So many inmates and staff infected by the deadly Covid-19 virus.

6

now due to the mis-handling of my health by Leutinatant Fisher, and nurse Ms. Wade which they actions fail to protect me. I have contracted the Covid-19 virus. and since contracting the virus, I have experience the following symptons, lung function, smell and taste problems, sleep issues, memory problems, change of moods, shortness of breath, coughin, joint pain chest pain to mention a few. Both Leutinatant Fisher and nurse Ms. Wade knew and had full knowledge of the on going Covid-19 virus outbreaks here at Pekin. and fail to protect me for the reasons explained throughout this complaint they violated my 8th Amendment. I was also denied a chance to exhuast my administrative Remedy by Staff here at Pekin, which threaten to despose despose and destory any such documents I file about this Issue in my Complaint to the courts.

RELIEF REQUESTED

(State what relief you want from the court.)

7

that I be compensated for my pain and suffering, in the damage amount of $1,000,000 million dollars, and in Punitive damages in $1,000,000 million dollars, and rather decided by Jury or settlement that the defendants Pay for any and all my courts and legal fees.

___

JURY DEMAND        Yes  ☒        No  ☐

Signed this ___12___ day of ___JANUARY___, 20_21_.

_Miguel Navarro_

( Signature of Plaintiff)

| Name of Plaintiff: Miguel Navorro | Inmate Identification Number: 41030·379 |
|---|---|
| Address: Federal Correctional institution P.O Box 5000 Pekin, IL 61555 | Telephone Number: |

8

Miguel Navarro 41030-379

Federal Correctional Institution

P.O. Box 5000

Pekin, IL   61555

RECEIVED

JAN 13 2021

★   FCI PEKIN

 

UNITED STATES POSTAL SERVICE®

1000

61802

U.S. POSTAGE PAID
FCM LETTER
PEKIN, IL
61554
JAN 13, 21
AMOUNT
**$0.00**
R2305K132350-31



CERTIFIED MAIL®

7018 1830 0000 1564 6987

United States District Court

201 S. Vine St. Rm # 218

Urbana, IL

61802